438 A.2d 638

Husack, Appellant v. Husack.

Argued January 28, 1981. John R. Greisamer, for appellant; Michael J. Piosa, for appellee.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

The order dated July 3, 1980 is affirmed.

CAVANAUGH, J., concurred in the result.